THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:21-CR-183 |
| | : (JUDGE MARIANI) |
| OMAR VARGAS, | : |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS 6th DAY OF MAY 2022,** upon consideration of Defendant's "Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment to the United States Constitution (Motion for Hearing)" (Doc. 31) and all relevant documents, for the reasons discussed in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion (Doc. 31) is **GRANTED IN PART** and **DENIED IN PART**;

2. The motion is **GRANTED** insofar as the Court will conduct a hearing to determine the propriety of the seizures of Defendant on January 4, 2021, and April 25, 2021;

3. The Motion is **DENIED** insofar as Defendant seeks a *Franks* Hearing and consideration of matters related to the seizure and search of the vehicle driven by Defendant on April 25, 2021;

4. The Court will schedule an evidentiary hearing by separate Order.

Robert D. Mariani
United States District Judge