THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           :
                                    :
        v.                          :   3:21-CR-183
                                    :   (JUDGE MARIANI)
OMAR VARGAS,                        :
                                    :
              Defendant.            :

## ORDER

AND NOW, THIS ___6th___ DAY OF MAY 2022, upon consideration of Defendant's "Motion

for Relief from Prejudicial Joinder (Fed. R. Crim. P. 14)" (Doc. 29) and all relevant documents, for

the reasons discussed in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED**

**THAT** Defendant's Motion (Doc. 29) is **GRANTED.**

_____
Robert D. Mariani
United States District Judge